UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLARENCE STOKES | CIVIL ACTION |
| VERSUS | NO. 11-2366<br>c/w 12-335 |
| ATLANTIC SOUNDING CO., INC., ET AL. | SECTION "N" (2) |

# **ORDER AND REASONS**

Presently before the Court are the parties' objections to proposed trial exhibits. See Rec. Docs. 41 and 42. **IT IS ORDERED** that Plaintiff's objection (Rec. Doc. 41) to Defendant's proposed Exhibit 23 ("General and Final Release of All Claims and Indemnity Agreement") is **OVERRULED** for essentially the reasons stated in Defendant's opposition memorandum (Rec. Doc. 44).

**IT IS FURTHER ORDERED** that Defendant's objection (Rec. Doc. 42) to Plaintiff's proposed Exhibit 10 ("Defendants' Answers to Interrogatories and Response to Request for Production of Documents") is **REFERRED TO TRIAL** for consideration based on the purpose for which the document(s) in question is sought to be admitted, *e.g.,* for the permissible purpose of impeaching a witness's contrary trial testimony. Otherwise, the referenced discovery responses shall not be admitted absent a stipulation as to, or a demonstration of, admissibility. Finally, if the

information provided by any of the responses at issue is undisputed, the parties are to consider whether a stipulation regarding that information can be reached such that any use of the discovery response will not be necessary.

      New Orleans, Louisiana, this 20th day of February 2013.

                                              **KURT D. ENGELHARDT**
                                              **United States District Judge**