UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLARENCE STOKES | CIVIL ACTION |
| versus | NO. 2:11-cv-02366-KDE-JCW, *consolidated with 2:12-cv-00335* |
| ATLANTIC SOUNDING CO., INC. and WEEKS MARINE, INC. | SECTION "N" (2) |
| | JUDGE ENGELHARDT |
| APPLIES TO ALL CASES | MAGISTRATE JUDGE WILKINSON |

## JUDGMENT

For the reasons stated in open court on April 3, 2013, following the trial by the Court held in the captioned litigation;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendants and Consolidated Plaintiffs, Atlantic Sounding Co. Inc., and Weeks Marine, Inc., and against Plaintiff and Consolidated Defendant, Clarence Stokes, dismissing all claims and causes of action, with prejudice, with all costs to be taxed against Plaintiff and Consolidated Defendant, Clarence Stokes.

New Orleans, Louisiana, this 8th day of April 2013.

THE HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA