UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLARENCE STOKES | CIVIL ACTION |
| VERSUS | NO. 11-2366 <br> c/w 12-335 |
| ATLANTIC SOUNDING CO., INC., ET AL. | SECTION "N" (2) |

## ORDER AND REASONS

Having carefully considered the parties' submissions, **IT IS ORDERED** that Plaintiff's Motion to Strike Bill of Costs (Rec. Doc. 65) is **GRANTED**. Defendants fail to offer any exigent circumstances warranting their delay in submitting their bill of costs.

New Orleans, Louisiana, this 18th day of June 2013.

**KURT D. ENGELHARDT**
**United States District Judge**