# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT



No. 13-30357
Summary Calendar

D.C. Docket No. 2:11-CV-2366
D.C. Docket No. 2:12-CV-335

United States Court of Appeals
Fifth Circuit

**FILED**
December 4, 2013

Lyle W. Cayce
Clerk

CLARENCE STOKES,

    Plaintiff - Appellant

v.

ATLANTIC SOUNDING COMPANY, INCORPORATED; WEEKS MARINE, INCORPORATED,

    Defendants - Appellees

-----

WEEKS MARINE, INCORPORATED; ATLANTIC SOUNDING COMPANY, INCORPORATED,

    Plaintiffs - Appellees

v.

CLARENCE STOKES,

    Defendant - Appellant

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before REAVLEY, JONES, and PRADO, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that appellant pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: DEC 2 7 2013

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: Sabrina B Short
Deputy

DEC 2 7 2013

New Orleans, Louisiana